# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED

Matsco Co., et al

V.

2005 APR -6  P 4: 14

US DISTRICT COURT
HARTFORD CT

Olesh, et al

CASE NUMBER:  3:02cv452(AWT)

## ORDER OF DISPOSAL OF PROPERTY

Notice was sent to counsel of record in the above-identified case that absent the filing of a motion for return of property or an objection by __3/21/2005__, all property will be disposed of accordingly.

No motion for return of property or objection having been filed to date, it is hereby **ORDERED** that the following property may be disposed of accordingly:

### Supersedeas Bond

Dated at __Hartford__, this __4th__ Day of __April__ (~~March~~), 2005.

Hon. Alvin W. Thompson
United States District Judge